FILED

2008 JAN 23 PM 4:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-**08-00092** |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | [18 U.S.C. § 2320(a): Trafficking In Counterfeit Goods] |
| UNDER SEAL, | ) | |
| Defendant. | ) | **[UNDER SEAL]** |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-_____ |
| Plaintiff, | ) ) | I N F O R M A T I O N |
| v. | ) ) | [18 U.S.C. § 2320(a): |
| ROBERT VAN DYKE, | ) ) | Trafficking In Counterfeit Goods] |
| Defendant. | ) ) | |
| | ) | |

The United States Attorney charges:

[18 U.S.C. § 2320(a)]

1.    At all times relevant to this Information:

a.    Cisco Systems Inc. ("Cisco") was a company that manufactures and sells computer hardware with an emphasis on hardware that permits computers to network to other computers.

b.    The United States Patent and Trademark Office had registered on its principal register a number of trademarks for Cisco.  These trademarks included:

///

WLH:MZ

i.    Trademark number 1,542,339 registered the word mark "CISCO" for use in connection with computer hardware for interconnecting local area networks;

ii.    Trademark number 1,996,957 registered the word mark "CISCO SYSTEMS" for use in connection with computer hardware and software for interconnecting, managing, and operating local and wide area networks;

iii. Trademark number 2,232,700 registered the following combined design and word mark:

**CISCO SYSTEMS**

for use in connection with computer hardware and software for interconnecting, managing, and operating local and wide area networks;

iv.    Trademark number 2,959,329 registered the following combined design and word mark:

**CISCO SYSTEMS**

for use in connection with computer hardware and software for distribution, manipulation, and retrieval of video, data, and sound over computer networks.

2

c. All of these trademarks were in use at all times relevant to this Information.

d. A counterfeit mark was: (a) a spurious mark that is used in connection with trafficking in goods; (b) that is identical with, or substantially indistinguishable from, a mark registered for those goods or services on the principal register in the United States Patent and Trademark Office and in use, whether or not the defendant knew such mark was so registered; and (c) the use of which is likely to cause confusion, to cause mistake, or to deceive.

e. A counterfeit Cisco product was an item of computer hardware bearing one or more counterfeit marks, to wit, marks identical with or substantially indistinguishable from one or more of the above-described trademarks registered by Cisco.

2. Between in or about September 2005 and in or about May 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant ROBERT VAN DYKE, while employed at "2H Technologies," did intentionally traffic in counterfeit labels, boxes, packaging, and goods, to wit, computer hardware and related labels, boxes, and packaging, and knowingly used on and in connection with such goods, counterfeit marks of Cisco, namely spurious marks identical to and substantially indistinguishable from genuine marks in use and registered for use in connection with those goods as numbers 1,542,339; 1,996,957; 2,232,700; and 2,959,329 on the principal register in the United States Patent and Trademark Office, and

///

///

3

the use of which marks was likely to cause confusion, to cause mistake, and to deceive.

                              THOMAS P. O'BRIEN
                              United States Attorney

                              *[signature]*

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division

                              WESLEY L. HSU
                              ERIK M. SILBER
                              Assistant United States Attorneys
                              Cyber & Intellectual Property
                              Crimes Section

4